No. 79–1669. First Bank of Oak Park v. United California Bank. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 79–1674. Kondrat v. Mitrovich et al. Ct. App. Ohio, Lake County. Certiorari denied.

No. 79–1693. Terry Tuck, Inc. v. Consolidated Freightways Corporation of Delaware. C. A. 9th Cir. Certiorari denied.

No. 79–1694. Hamilton v. General Motors Corp. C. A. 5th Cir. Certiorari denied.

No. 79–1700. Brummitt v. United States. C. A. 5th Cir. Certiorari denied.

No. 79–1757. Artarian v. Artar et al. C. A. 4th Cir. Certiorari denied.

No. 79–1766. Shuffman, Executrix v. Hartford Textile Corp. et al. C. A. 2d Cir. Certiorari denied.

No. 79–1784. Bella et al., dba Dave Streiffer Co. v. United States. C. A. 5th Cir. Certiorari denied.

No. 79–1814. Downs v. United States. C. A. 5th Cir. Certiorari denied.

No. 79–5873. Vasquez v. United States. C. A. 2d Cir. Certiorari denied.

No. 79–6077. Cobb v. Wainwright, Secretary, Department of Offender Rehabilitation of Florida. C. A. 5th Cir. Certiorari denied.

No. 79–6143. Gristeau v. United States. C. A. 7th Cir. Certiorari denied.